UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OPENLANDS, MIDEWIN HERITAGE ASSOCIATION, AND SIERRA CLUB, | ) ) ) | |
| Plaintiffs, | ) ) | No. 13 C 4950 |
| v. | ) ) | Judge Guzman |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MANUAL FILING OF ADMINISTRATIVE RECORD AND ELECTRONIC FILING OF CERTIFICATION AND INDEX

Defendant United States Department of Transportation, by its attorney, Zachary T. Fardon, United States Attorney for the Northern District of Illinois, has filed the following:

1. The Tier One Administrative Record for the Illiana Corridor Project has been manually filed in electronic disk format. The administrative record has not been filed electronically because it does not readily permit electronic filing due to its voluminous nature. Specifically, the record contains over 164,000 documents and is approximately 32 gigabytes (GB) in size. A large number of individual documents exceed the CM/ECF system's filing limit of 5 MBs. When converted to PDF format, this would require over 6,000 individual electronic transmissions of files in order to electronically upload and file the record. The administrative record, which is contained on nine separate DVDs, has been manually filed with the clerk's office, and served on both the court and plaintiff's counsel.

The following has been filed herewith using the court's CM/ECF system:

2.  Department of Transportation's Certification for the Tier One Administrative Record for the Illiana Corridor Project. Ex. A, Certification.

3.  Department of Transportation's Index for the Tier One Administrative Record for the Illiana Corridor Project. Ex. B, Index.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Harpreet K. Chahal
    HARPEET K. CHAHAL
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1996
    harpreet.chahal@usdoj.gov